

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2014

No. 04-14-00083-CV

Mike and Geri **JONES,**
Appellants

v.

Robert and Patricia **ZEARFOSS,**
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-00986-CV-A
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before May 12, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court